# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140926

RANDALL DILLARD
          Plaintiff-Appellant,

v

FARM BUREAU GENERAL
INSURANCE
          Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140926
COA: 288134
Calhoun CC: 07-000015-CK

_____/

On order of the Court, the application for leave to appeal the March 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

y0830

Clerk